UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRISTIAN MISAEL LOPEZ-NAJERA, <br><br>  Petitioner, <br><br>  v. <br><br> ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Acting Field Office Director; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; SIRCE OWEN, Acting Director, Executive Office for Immigration Review; and PAMELA BONDI, Attorney General of the United States <br><br> Respondents. | Civil Action No. 25-13729-MJJ |

## MEMORANDUM OF DECISION AND ORDER

December 10, 2025

JOUN, D.J.

Cristian Misael Lopez-Najera ("Mr. Lopez-Najera" or "Petitioner") is a citizen of Guatemala who is alleged to have entered the United States on or about August 27, 2021. [Doc. No. 1 at ¶ 1]. Upon initial entry in the United States, Mr. Lopez-Najera was detained and released and served a Notice to Appear. [*Id.*]. On or about December 6, 2025, Mr. Lopez-Najera was detained by Immigration and Customs Enforcement. [*Id.*]. Mr. Lopez-Najera petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

1

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Lopez-Najera is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Lopez-Najera with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Lopez-Najera on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Lopez-Najera has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u>
United States District Judge