UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Cristian Misael Lopez-Najera**



**v.**

**Moniz et al**



**CIVIL ACTION NO. 1:25-13729-MJJ**



ORDER OF DISMISSAL


**JOUN, D.J.**


In accordance with the Respondents' Status Report dated December 18, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.



June 23, 2026

/s/ Sophie Phillips
--------------------------
**Deputy Clerk**